

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 5, 2025

**BY ECF**
Hon. Laura Taylor Swain
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

# MEMO ENDORSED

Re:    *United States v. Terrero-Barista*, 24 Cr. 650-2 (LTS)

Dear Chief Judge Swain:

The Government writes to request, with defendant's consent, that the Court schedule a change-of-plea proceeding for Arturo Rodrigo Terrero-Barista, in the above-captioned case. Following consultation with Your Honor's chambers, the parties request that Your Honor schedule the change-of-plea proceeding for Wednesday, May 21 at 12:00 p.m.

Respectfully Submitted,

JAY CLAYTON
United States Attorney

by: _____
Joseph H. Rosenberg
Assistant United States Attorney
(212) 637-2326

Cc:    Eylan Schulman, Esq. (counsel for Arturo Rodrigo Terrero-Barista)

---

The foregoing request is granted. The hearing is hereby scheduled for **May 21, 2025, at 12pm**.
SO ORDERED.
5/6/2025
/s/ Laura Taylor Swain, Chief USDJ