UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                                                   No.  24-CR-650-LTS-2

ARTURO RODRIGO TERRERO-BARISTA,          Order

        Defendant.

-------------------------------------------------------x

        The Defendant requests that the unredacted versions of his sentencing submission, supplemental sentencing submission, and reply supplemental submission be filed under seal. (See docket entry nos. 53, 55, 57, 58.)  This request is granted for the reasons set forth in the Defendant's motions.

        The Defendant is directed to take hard copies of the referenced unredacted documents to the Records Room of the Clerk's Office for sealed filing, together with a copy of this order.

        SO ORDERED.

Dated: New York, New York                       /s/ Laura Taylor Swain
      October 23, 2025                            LAURA TAYLOR SWAIN
                                                    Chief United States District Judge